No. 01–9659. MARTIN v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 01–9661. JOHNSON v. SCOTT COUNTY SOIL AND WATER CONSERVATION DISTRICT ET AL. Dist. Ct. Iowa, Scott County. Certiorari denied.

No. 01–9664. LONGWORTH v. SOUTH CAROLINA. Ct. Common Pleas of Spartanburg County, S. C. Certiorari denied.

No. 01–9665. MCGEE v. WEST VIRGINIA. Cir. Ct. Kanawha County, W. Va. Certiorari denied.

No. 01–9670. O'QUINN v. BOOKER. C. A. 5th Cir. Certiorari denied.

No. 01–9671. MIXON v. BENNETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–9672. MILLER v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–9674. ROWSEY v. ESLINGER ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–9676. SIMON v. BOCK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–9678. RODRIGUEZ v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 01–9679. TREJO PAULINO v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–9680. PANNELL v. HANKS ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–9681. PAYNE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 01–9685. MILLER v. TURNER ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–9686. MORRISON v. CONROY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.